| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 5 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

THE ESTATE OF ELISA SERNA, by and through its administrator Douglas Gilliland; et al.,

        Plaintiffs - Appellants,

 v.

COUNTY OF SAN DIEGO; et al.,

        Defendants - Appellees.

No. 23-3913

D.C. No. 3:20-cv-02096-LAB-DDL
Southern District of California, San Diego

ORDER

Plaintiff-Appellants have submitted a letter informing the court that the parties have reached a settlement in principle and requesting that the currently scheduled oral argument be vacated (Dkt. No. 32). Therefore, the oral argument currently scheduled on July 16, 2024, at 9:30 a.m. in Pasadena, California, is **VACATED**. The court will hold the case in abeyance. The parties are directed to file a status report within sixty (60) days.

    **IT IS SO ORDERED.**

                              FOR THE COURT:

                              MOLLY C. DWYER<br>                              CLERK OF COURT